AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Waddoups, Clark | 2. Court or Organization<br><br>U.S. District Court, Utah | 3. Date of Report<br><br>11/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

110 Frank E. Moss Federal U.S. Courthouse
350 South Main Street
Salt lake City, Utah 84111

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waddoups, Clark | 11/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waddoups, Clark | 11/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waddoups, Clark | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Checking | A | Interest | J | T | | | | | |
| 2. Mass Mutual-universal policy | | None | J | T | | | | | |
| 3. Mass Mutual-whole life | | None | J | T | | | | | |
| 4. 1365 Roosevelt LLC | | None | L | W | | | | | |
| 5. 1876 Wyoming LLC | | None | K | W | | | | | |
| 6. Batteries & Bands-common stock | | None | | | Donated | | | | |
| 7. MassMutual RetoreEase Ammiotu | F | Distribution | O | T | | | | | |
| 8. MassMutual Odyssey | E | Distribution | N | T | | | | | |
| 9. Parr Brown Profit Sharing Plan (401k) | | None | J | T | | | | | |
| 10. Chase Bank | A | Interest | J | T | | | | | |
| 11. Ishares Barclays 7-10 Yr Treasury Bond | | None | J | T | | | | | |
| 12. Ishares Barclays 1-3 Yr Treasury Bond | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |
| 13. Ishares Barclays Intermediate Cr DB FD | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |
| 14. Ishares Barclays 1-3 Yr DC BD FD | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |
| 15. Ishares Trust 10+ Year Credit Bond fund | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |
| 16. Market Vectors ETF TR Emerging Mkt | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |
| 17. Prime fund Captial Reserve Class | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR Ser TR Barclays Cap High Yield BD | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |
| 19. Vanguard Long Term Corp Bond ETF | | None | | | Distributed | 12/31/12 | J | | Roll over to Premiere IRA |
| 20. Vanguard BD Index FD Inc Total BD Mkt | | None | J | T | Buy | 12/31/12 | J | | |
| 21. National Financial Services: Bank Deposit Sweep* Program | | None | J | T | Buy | 12/31/12 | J | | |
| 22. Amana Mutual Fund Trust Growth | | None | J | T | Buy | 12/31/12 | J | | |
| 23. First Eagle Global Class A | | None | J | T | Buy | 12/31/12 | J | | |
| 24. Homestead Small Co. Stock FD | | None | J | T | Buy | 12/31/12 | J | | |
| 25. Ishares Barclays Treas Inflation | | None | J | T | Buy | 12/31/12 | J | | |
| 26. Ivy Limited Term BD Fund Class Y | | None | J | T | Buy | 12/31/12 | J | | |
| 27. Pimco Tital Return Class D | | None | J | T | Buy | 12/31/12 | J | | |
| 28. SPDR BD Index FD Inc Total BD Market | | None | J | T | Buy | 12/31/12 | J | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII Investments, items 12 through 19 were all held in Premier Select, Nantionl Financial Services Inc. an IRA account. The value of each item is listed as Value Code J/$15,000 or less. The combined value of the account is Value Code K/$15,001 to $50,000. These distributions are changes in specific investments that were replaced by items 20 through 28. They are held in the same Premier select, National financial Services Inc. IRA account. The investments are those held as of 12/31/12. The dates of the individual transcactions are not reported on my year end statement and may be different for each transaction. I have reported the transaction date as the last date of 2012, which is the most complete information I have. Item 6 was dispossed of as a gift

\* These transcations involve less than $1,000, but I have reported them for completeness.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Waddoups, Clark | 11/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clark Waddoups**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544